IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 DEC 22 A 9:26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Sidney James Clayton 224797 )
Full name and prison number )
of plaintiff(s) )
)
v. )   CIVIL ACTION NO. 2:05CV1216-T
Warden J.C. Giles, Warden Parker, )   (To be supplied by Clerk of
Captian Monk, mr. Brewton )   U.S. District Court)
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) None

            Defendant(s) None

        2.  Court (if federal court, name the district; if
            state court, name the county) None

3. Docket number _None_

4. Name of judge to whom case was assigned _None_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _None_

6. Approximate date of filing lawsuit _None_

7. Approximate date of disposition _None_

II. PLACE OF PRESENT CONFINEMENT _Ventress Correctional Facility Clayton, Alabama._

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Ventress Correctional Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Warden J.C. Giles | Ventress Correctional Facility P.O. Box 767 Clayton, AL 36016 |
| 2. Warden Parker | Ventress Correctional Facility P.O. Box 767 Clayton, AL 36016 |
| 3. Ception Monk | Ventress Correctional Facility P.O. Box 767 Clayton, AL 36016 |
| 4. Mr. Brewton | Ventress Correctional Facility P.O. Box 767 Clayton, AL 36016 |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _December 7, 2005_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Amendment IX (1791) The enumeration in the Constitution, of certain rights shall not be construed to deny or disparage others retained by the people._

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

I told all of the people mentioned that I need to be Emergency Transfered. I also wrote to all of the people about me getting on protective custody. I have enemys here and now the DOC is makeing threats to my life. I am a witness on a police to inmate assult here at Ventress.

**GROUND TWO:** My XIV Amendment (1868) is beeing violated.

**SUPPORTING FACTS:** I have wrote and explained this to the seg. board and they payed it no attention. I also presented law from (Department of Correction manual C. Special Classification Review #3.) I am beeing denied equal protection law.

**GROUND THREE:** My VIII Amendment (1791) has also been violated.

**SUPPORTING FACTS:** Excessive bail shall not be required, nor excessive fines imposed nor cruel and unusual punishments inflicted. In conclusion of me telling the defendents that my life is beeing threated, Mr. Brewton "Stated no you can't transfer I'm going to teach you a lesson."

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*I want to be compensated for mental and physical languishment, pain and suffering and putting my physical life in danger. I would like Monetary gain of Seven Million Dollars 7,000,000*

*Sidney Clayton 224747*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12-7-05 .
(Date)

*Sidney Clayton 224747*
Signature of plaintiff(s)
*Sidney Clayton 224747*

4

C. Special Classifications Review

**STATE OF ALABAMA** Department of Correction
Department of Corrections  Classification Manual
Inmate Stationery

## #.3 EMERGENCY TRANSFERS

Transfers of an inmate maybe directed by institutional wardens as result of major incident such as, but not limited to, aggravated assult attempted suicide, murder, or escape. This action maybe taken as an administive measure to relieve an immediate problem affecting the security of an institution staff, and/or inmates and is not necessarily a disciplinary actions. However when disciplinary action is indirected, it must be initiated by the sending authority (and accomplished by the sending institution after transfer) and a copy of the disciplinary will be included in inmates file. Full details of the reason for the emergency transfer will be furnished to the receiving institution. A progress review should be scheduled for the transferred inmate by the receiving institution as possible and no later than thirty (30) days after the transfer. The sending institution will furnish sufficient information for the conduct of the review.

Exibit (A) Ground (2)