RECEIVED
2005 DEC 22 A 9:26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

2:05CV1216-T

I, _Sidney J Clayton_, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )   NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _None_

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. _2001 March $680.00 month_

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?   YES ( )   NO (✓)

   B. Rent payments, interest, or dividends?   YES ( )   NO (✓)

   C. Pensions, annuities, or life insurance payments?   YES ( )   NO (✓)

   D. Gifts or inheritances?   YES ( )   NO (✓)

   E. Any other sources?   YES ( )   NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. _None_

3. Do you own cash, or do you have money in a checking/savings account?       YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned. _None_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value. _None_

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _Wife Step Child_

_Sidney Clayton_ 224747
Plaintiff

STATE OF ALABAMA
COUNTY OF _____

   Subscribed and sworn to before me on this _____ day of _____, 199__, at _____, Alabama.

   NOTARY PUBLIC in and for said County, in said State

(SEAL)

My commission expires _____.

**OR**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

_Sidney Clayton_ 224747
Plaintiff

# NOTARY BLOCK

**State of Alabama**
**County of Barbour**

**Sworn to and subscribed before me this**

_10th_ **day of** _December_ **, 20** _05_ **.**


_Carolyn R. Abercrombie_
**Notary Public**

My Commission Expires August 18, 2007

**Comm. Exp. Date**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12-12-05__
             (date)

_Sidney Clayton_ 224797
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ _.03_ on account to his credit at the _Ventress_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_N/A_

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ _No_ on the 1st day of _activity_
2. $ _____ on the 1st day of _____
3. $ _____ on the 1st day of _____
4. $ _____ on the 1st day of _____
5. $ _____ on the 1st day of _____
6. $ _____ on the 1st day of _____

_No financial transactions in the last 6 months._

_____
Authorized Officer of Institution

DATE __12/14/05__