# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

NOTICE OF REASSIGNMENT

Re:    Sidney James Clayton vs. J.C. Giles, et al.
       Civil Action No.  2:05cv1216-MHT

The above-styled case has been  reassigned to Judge W. Keith Watkins.

Please note that the case number is now 2:05cv1216-WKW.  This new case number should be used
on all future correspondence and pleadings in this action.