IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SIDNEY JAMES CLAYTON, #224797 )
)
    Plaintiff, )
)
vs. )  CIVIL ACTION NO. 2:05-CV-1216-MHT
)
J. C. GILES, et. al., )
)
    Defendants. )
)

AFFIDAVIT

Before me, the undersigned authority, did personally appear Mark Bruton, who being duly sworn, deposes and presents the following affidavit:

My name is Mark Bruton and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Classification Supervisor. I have read the complaint in the above styled cause and note that inmate Sidney James Clayton, #224797 alleges that he informed me that his life was in danger and that I told him that he could not transfer, that I was going to teach him a lesson.

In response to inmate Sidney James Clayton, #224797 accusations; inmate Clayton was placed in Administrative Segregation on November 23, 2005 due to an incident that

Page 2
Affidavit – Mark Bruton

occurred on November 23, 2005 where inmate Clayton refused to stop yelling out of the dorm door when ordered to stop by the officers. (See attached disciplinary VCF05-422) On December 1, 2005, inmate Sidney Clayton was moved from Administrative Segregation to Disciplinary Segregation where he remained until his release from Disciplinary Segregation on December 31, 2005. To the best of my knowledge, at no time did inmate Clayton ever inform me, verbally or in writing, that his life was in danger from officers or inmates. I never made the statement to inmate Clayton that he could not transfer or that I was going to each him a lesson. Rather, on July 15, 2005 at inmate Clayton's request, I stopped a transfer for inmate Clayton and kept him here at Ventress Correctional Facility so that he could continue his trade school classes in Air Conditioning Repair. (See attached copy of N-258)

    The beforementioned facts are true and correct to the best of my knowledge.

_____ 1/11/06
Mark Bruton          Date

State of Alabama  )

Barbour County   )

Sworn to and subscribed before me this 11th day of Jan, 2006.

_____
Notary Public
My Commission Expires: 9-8-08

**SOCIAL SERVICE ACTION**

NAME Sidney Clayton   AIS 224797   R & S B/M

INSTITUTION VCC   CUSTODY Med

ACTION: Rescind: 12/04 PR remain VCC for tradeschool

Amend: _____

Transfer: From: _____ To: _____

Custody: From: _____ To: _____

REASON(S) Remain VCC. (S) is active in Tradeschool A/C repair — Remove from rfer list —

7/13/05

DATE: _____   APPROVED: _____

N 258