


**State of Alabama**
**Alabama Department of Corrections**
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama 36016

**BOB RILEY**
GOVERNOR

**DONAL CAMPBELL**
COMMISSIONER

## A F F I D A V I T

)
)
)
)

### STATE OF ALABAMA

I, Reba T. Currie, hereby certify and affirm that I am an ASAIII, at Ventress Correctional Facility; that I am one of the custodian of records at this institution; that the attached documents are true, exact, and correct photocopies of certain documents maintained here in the institutional files; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents on Sidney Clayton, 224797 are maintained in the usual and ordinary course of business at the Ventress Correctional Facility; and that said documents were made at, or reasonably near the time that the transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the 12th day of Jan., 2006.

_____Reba J Currie_____
Signature

SWORN TO AND SUBSCRIBED BEFORE ME THIS 12th DAY OF January, 2006.

_____Carolyn W. Daniels_____
Notary Public
My Commission Expires: 04/06/2006

Telephone (334) 353-3883        Fax (334) 353-3967

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DOC Form 225B (Revised 7/92)

DISC. 05-422

1. INMATE: **Sidney Clayton**    CUSTODY **ME**    AIS NO.: **B/224797**

2. FACILITY: **VENTRESS CORRECTIONAL FACILITY**

3. The above named inmate is being charged by **Sgt. Carolyn Longmire** with a violation of rule **#56** specifically: **Failure to Obey a Direct Order of a ALDOC Official** from regulation # **403**, which occurred on or about **November 23, 2005**, at (time) **7:40 AM**, Location: **Dormitory 10**. A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **You, Inmate Sidney Clayton, B/224797 continued to yell-out in the dorm when you was ordered to stop.**

5. **November 23, 2005**    Carolyn Longmire, COII    *Carolyn Longmire COII*
   Date                     Arresting Officer / Signature / Rank

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the **29th** day of **November**, 2005, at (time) **7:27** (am/pm).

7. *Veronica Shough COI*                    *Sidney Clayton 224797*
   Serving Officer / Signature / Rank       Inmate's Signature / AIS Number

   Witnesses desired?   NO _____           (YES) *Sidney Clayton 224797*
                          Inmate's Signature       Inmate's Signature

9. If yes, list: **Felix Denton W/235600**

10. Hearing Date **11-30-2005**   Time **7:46 AM**   Place **Room #1005**

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is)/ is not) capable of representing himself.

    *John S. Dowling COSI*
    Signature / Hearing Officer

13. Plea: *Sidney Clayton 224797* _____ Not Guilty   _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    *John S. Dowling COSI*
    Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): Same as disciplinary. Add that Officer Brown and I was trying to calm the dorm down. Inmate Clayton continued to yell out after being ordered to stop and be quite.

ENTERED **LY**

DATE **12-2-05**

Annex C to AR 403 ( Page 1 of 3 pages.)