IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SIDNEY JAMES CLAYTON, #224797   )
                                )
    Plaintiff,                  )
                                )
vs.                             )   CIVIL ACTION NO. 2:05-CV-1216-MHT
                                )
J. C. GILES, et. al.,           )
                                )
    Defendants.                 )
                                )

# AFFIDAVIT

Before me, the undersigned authority, did personally appear J. C. Giles, who being duly sworn, deposes and presents the following affidavit:

My name is J. C. Giles and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Warden III. I have read the complaint in the above styled cause and note that inmate Sidney James Clayton, #224797 alleges that he informed me that he needed an emergency transfer due to DOC employees threatening his life. He further states that he is a witness to police to inmate assault here at Ventress.

Page 2
Affidavit – J. C. Giles

I am not familiar with inmate Sidney Clayton, #224797 wanting to be transferred or asking for protective custody. Furthermore, I will not tolerate any employees assaulting inmates. All use of force incidents are investigated by the Captain, Warden II or myself.

I have not violated inmate Sidney Clayton's constitutional or civil rights.

The beforementioned facts are true and correct to the best of my knowledge.

_____  1-10-06
J. C. Giles                Date

State of Alabama   )

Barbour County    )

Sworn to and subscribed before me this 10th day of Jan, 2006.

_____
Notary Public
My Commission Expires: 9-7-08