IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SIDNEY JAMES CLAYTON, #224797   )
)
    Plaintiff,   )
)
vs.   )   CIVIL ACTION NO. 2:05-CV-1216-MHT
)
J. C. GILES, et. al.,   )
)
    Defendants.   )
)

AFFIDAVIT

Before me, the undersigned authority, did personally appear Marshall L. Monk, who being duly sworn, deposes and presents the following affidavit:

My name is Marshall L. Monk and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Correctional Officer Supervisor II. I have read the complaint in the above styled cause and note that inmate Sidney James Clayton, #224797 alleges that he informed me that he had enemies.

Inmate Clayton claims he told me he had enemies. That is not true. Inmate Clayton states, "DOC is making threats to my life." I have never threatened inmate Clayton nor am I aware of any staff making threats against him of any nature. I am aware of inmate

Page 2
Affidavit – Marshall L. Monk

Sidney Clayton being placed into segregation for disciplinary reasons and that does not warrant a recommendation from me for an emergency transfer.

I have not violated inmate Sidney Clayton's constitutional or civil rights.

The beforementioned facts are true and correct to the best of my knowledge.

_____ 1/10/06
Marshall L. Monk        Date

State of Alabama   )

Barbour County   )

Sworn to and subscribed before me this __10__ day of __January__, 2006.

_____
Notary Public
My Commission Expires: 1/10/10