IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SIDNEY JAMES CLAYTON, #224797 )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>J. C. GILES, et. al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 2:05-CV-1216-MHT |

## AFFIDAVIT

Before me, the undersigned authority, did personally appear Darrell Parker, who being duly sworn, deposes and presents the following affidavit:

My name is Darrell Parker and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Warden II. I have read the complaint in the above styled cause and note that inmate Sidney James Clayton, #224797 alleges that he informed me that he needed an emergency transfer due to DOC employees threatening his life.

Page 2
Affidavit – Darrell Parker

I am no knowledge of inmate Sidney Clayton's life being in danger. I also have no knowledge of excessive or cruel punishment on Inmate Sidney Clayton at any time. The beforementioned facts are true and correct to the best of my knowledge.

*Darrell Parker* 1/12/06
Darrell Parker          Date

State of Alabama   )

Barbour County   )

Sworn to and subscribed before me this 12th day of January, 2006.

*Reba J Currie*
Notary Public
My Commission Expires: 9-8-08