```
                              DISPLAY KNOWN ENEMIES                ** PRODUCTION **
 09/FEB/2006      11:18:32    CDKEM    497    L-AL        CDKEM    126
---------------------------------------------------------------------------

00224797 CLAYTON, SIDNEY JAMES          BM - HAS THE FOLLOWING KNOWN ENEMIES:

  AIS #   NAME OF ENEMY                 RS     COMMENTS           CURRENT INST
 --------  ----------------------------- --    ----------------   -------------

00223238 COVINGTON, JAMICHEAL JAMER     BM  BY/00223238/03-25-04  STATON CORR.
```

NO MORE ENEMIES WERE FOUND FOR THIS INMATE



DEFENDANT'S EXHIBIT A