(Clerk's copy)

RECEIVED
2006 MAR -8 A 9:12

SIDNEY JAMES CLAYTON, AIS224797
V.S.                    Plantiff,              Civil Action NO.
                                                  2:05-cv-1216-MHT
J.C.GILES,et.al         Defendents,

## SPECIAL REPORT

Comes now the plantiff,by and through the undersigned counsel in the report as follows.

### DEFENDENTS ALLEGATIONS

The Defendents deney that they have not violated any of the Constitutional Rights of the plantiff the strict proof thereof.

### STATEMENT OF FACTS

Defendents asked for strict proof thereof.I have sent request papers to the admistration adressing these issues.(see exibitA,B)The defendents stated that I have failed to state these claims upon which releif can be granted.The honorable court can see threw(ExibitA,B)that I did all that I can do. Threw evidence that I have exsousted my remides in the state prision.The defendents are not entitled for immunity because,Im in the D.O.C.'s custody.The defendents alledge that some if not of the claims are barred of the respondent superior. That is not true because,Is in coustdy of the D.O.C.per Warden Giles.Plantiff is not barred by the prision Litigation Reform Act(PLRA)Im asking the honorable courts reserve the rights in my same matter.

ARGUMEMTS

I have many threats put on me by the D.O.C.I can produce Sworn Afffidavits on these issues.But the inmates are afraid that the D.O.C. might mess with their parole or transfer them out the blue,or some type of physical or mental abuse.I can produce witnesses if the honorable court can grant witnesses an INJUNCTION OF RELIEF to insure their physical state.(Notied) on this social service action form.I never knew any thing about this form.The signatures is not my classification officer or Mr.Brution.The D.O.C.is trying to trick me and the honorable courts.

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing documents upon Defendents :

JC.Giles,et.al

_All Parties_

Ventress Correctional Facility
P.O.BOX 767

Clayton,Alabama.36016

by placing a copy of said documents in the U.S.Mail,postage prepaid on this day of March,1ST 2006.

CC,
warden J.C.Giles
warden Derrell Parker
Capt. Larry monk
class . Mark Bruton

Pro-Se

RESPUCTIFULLY SUMITTED,
SIDNEY JAMES CLAYTON

_Sidney Clayton_