EMERGENCY TRANFERS

Transfers of an inmate maybe directed by an institutional warden as a resualt of a major incident such as,but not limited to aggervated assult attempted suicide, murder,or escape.This action maybe taken as an adminsrative mesure to relieve an immedite problem affecting the secirty of an institution,staff and or inmates and is not nessarily a disciplinary actions.However when displinary action is not nessarily a disciplaniry action.It must be intined by the sending authority (and accomplished by the sending instiution after tranfer) and a copy of a displinary will be sent in the inmate file Full details of the reasion for the emergency transfer will be furnished to the reaseaving instution .
A progress review should be schedguled for the transferred inmate by the receaving institution as and no later than(30)days after the transfer.The sending instution will furnish sufficient information for the conduct of the review.

emergency transfer

REQUESTED BY INMATE

A special progress review may be granted at the request of the inmate when there has been signifinate change in the program needs or status and there is more than (90) days before the next scheduled review. Some reasons for granting a special review could include completion of a program identification, and verification of a felony detainer previously liminting custody or security level, granting of a judicial appeal on a current conviction ect.