**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

Sidney James Clayton )  Civil Action 2:05-CV-1216-
   plaintiff,         )  MHT

VS.                   )

JC. Tjities,          )
  Defendents, ect. al )

                      )

AFFIDAVIT

The beforemented facts are true and correct to the best of my knowledge.

　　　　　　　　　　　　　　Sidney Clayton
　　　　　　　　　　　　　　Sidney Clayton

STATE OF ALABAMA )
BARBOUR COUNTY )

Sworn to subscribed before me this 4th day of March 2006.

　　　　　　　　　　Carolyn R. Abercrombie
　　　　　　　　　　Notary Public

　　　　　　　　　　My Commission Expires

My Commission Expires August 18, 2007