**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

12/20/05

ATTN: Ms. Shakespere

* I'm writing in concerns of me addressing my enemys here at this camp.

* Inmate Enemys here Charles Cunningham, Dale Drought
* Inmate Enemys at Easterbnd Bryan Linsey, We Rone, Johnney Watts

(DOC Enemys Here) LT. Downy, COI Brown, Sgt. Lonemire, Sgt. Carter, COI Mr. Richardson.

I can't put the names on an enemys form without validation. I need to also know WHY these people are your enemies. What happened with each person named to make them your enemies? Ms. Shakespeare 12/21/05

Inmate
Sidney Clayton 224747

EXIBT A