N266   Exhibit B

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

Dec 7, 2005

ATTN: All Parties

I have enemys here at this camp. I have signed living agreements and it has not done any good. I have recieved threats from gang members and others. Dale Drought and Charles Cunningham has threatened to jump on me and harm my physical state. These inmates have broken our living agreements. I am in fear for my life. I would like to be put in protective custody. There is officers that have threatened my life for beeing a witness to the incident with Richard Wright.

Inmate

All parties
cc

Sidney Clayton