Sidney James Clayton  )   Civil Action No. 2:05CV/1216-WKW
       Plaintiff,      )
                       )
V.                     )
                       )
JC. Lyiles, ect. al.   )
       Defendents,     )

RECEIVED

## Motion of Injunctive Relief

I'm filing this motion because, I have been threatened and harrassed. I'm in fear of my physical state being harmed, I am afraid for my life here at this camp. I'm seeking for the courts to send me some protection from D.O.C. Officers and sertain inmates

## CERTIFICATE OF SERVICE

I Sidney James Clayton do certify this motion was mailed, postage prepaid to the honorable Judge and Defendents: Albert S. Butler and federal circuit clerk in the middle District on the 7th day of March 20 06.

Respectfully Submitted,
Sidney Clayton
Pro-se Sidney Clayton

SCANNED