Sidney James Clayton  )  Civil Action NO. 2:05-CV-1216
    Plentiff,  )  WKW
V.  )
JC. Giles, ect. al,  )
    Defendents  )  —
    )

## Sworn AFFIDAVIT

I hearby swear to the courts that everything is true and under oath. I Sidney James Clayton could not get access to a notory public in time to send this motion. (28 USC 1746)

Respectfully Submitted,
Sidney Clayton
Pro-se  Sidney Clayton