| | |
|---|---|
| SIDNEY JAMESS CLAYTON,#224797 ) | RECEIVED |
| Plaintiff, ) | CASE.2:05-cv-1216-WKW |
| V. ) | [WO] |
| J.C.Giles,et al., ) | |
| Defendents. ) | |
| ) | |

OBJECTION TO RECOMMENDATION PRELIMINARY INJUNCTION

I Sidney Clayton is objecting to the discussion of the courts because the substantial likelihood of merits;Therefore,my life is in danger by the D.O.C.I must add that on March14,th 2006,LT.DOUNTY and SARGENT-FLOWERS made threats to me.I simply asked them for information on were to go and get STATE "TOOTH PASE".By this incident I feel in even more danger.I feel that my life is being threatened.I'M trying to seek refuge before anything bad happens.This danger out weights because I have seen a lot of beatings with injury here at this camp.I feel that this injunction would be in the best intrest of the public,because by me getting hurt here this would cause tax payers money.So in conclusion this RECOMMENDATION should be granted by the said court is prayed.

CERTIFICATE OF SERVICE

I certify that the information provided above is accurate to the best of my knowledge and I have served a copy of this notice to all parties to this action on This 16th DAY OF March 2006.

Alabama Department    U.S. District Court          PRO-SE       RESPECTIFULLY SUBMITTED,
301 South Ripley St.  P.O. Box 711                              Sidney Clayton
P.O. Box 301501       Montgomery,AL 36101-0711                  SIDNEY JAMES CLAYTON.
Montgomery, Alabama
Kim Thomas  36130-1501

SWORN AFFIDAVIT

I Sidney James ClAYTON,do sweare that everything is true to the best of my knowledge,and put in the U.S.MAIL on the 16th DAY OF March 2006

PRO-SE    SIDNEY CLAYTON

STATE OF ALABAMA )

COUNTY OF BARBOUR )

Subscribed and sworn to(or affifmed)before me this 16th day of March 2006.

Notary Public

My Commission Expires August 18, 2007

My commission Expires