IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SIDNEY JAMES CLAYTON, # 224797, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-1216-WKW |
| ) | (WO) |
| J. C. GILES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On March 14, 2006, the Magistrate Judge filed a Recommendation (Doc. # 12) in this case, denying the plaintiff's motion for a preliminary injunction. The plaintiff filed an objection on March 23, 2006 (Doc. # 13).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection is OVERRULED.

2. The Recommendation of the Magistrate Judge is ADOPTED.

3. The plaintiff's motion for a preliminary injunction (Doc. # 11) is DENIED.

4. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 6th day of April, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE