SIDNEY JAMES CLAYTON,
    PLAINTIFF,

-V-                                            CASE NO: _All Case Numbers_

J. C. GILES, ETC.

## MOTION OF NOTIFICATION FOR CHANGE OF ADDRESS

I, Sidney James Clayton #224797 has moved from Ventress Correctional Facility Post Office Box 767 Clayton, Alabama 36016 to the Bullock County Correctional Facility Post Office Box 5107 Union Springs, Alabama 36089-5107.

## CERTIFICATE OF SERVICE

I, Sidney James Clayton hereby certify that I have served a copy of the foregoing document upon the Honorable Courts, by placing a copy of said documents in the U.S. Mail postage prepaid on this the 13th day of April, 2006.

Respectfully Submitted,

_Sidney Clayton_
Sidney James Clayton, Pro-Se