TO: Office of the Clerk United States District Court Montgomery

FROM: Sidney Clayton-Bey #224747 Dorm B Bed 171

RECEIVED
2006 SEP -1 A 9:43

DATE: August 28, 2006

Reason: To inform the courts of my new address.

I Sidney Clayton-Bey #224747 is writing the courts in good faith to let them know that my address has changed to this address stated below.

Sidney Clayton-Bey #224747 Dorm B Bed 171
Red Eagle Honor Farm
1290 Red Eagle Road
Montgomery, AL, 36110

Respectfully Submitted,
Pro-Se Sidney Clayton-Bey