IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

| | |
|---|---|
| SIDNEY JAMES CLAYTON , | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:05-CV- 01216-WKW-WC |
| J.C. GILES, WARDEN, | ) ) ) |
| Defendant. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW J.C. Giles, Warden Parker, Captain Monk, and Mr. Brewton, a [Defendants] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[X] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____      _____

 1/16/2008                                      /s/Albert S. Butler
    Date                                        Counsel Signature

                                                J.C. Giles, Warden Parker, Captain Monk
                                                and Mr. Brewton
                                                Counsel for (print names of all parties)

                                                301 S. Ripley St.
                                                P.O. Box 301501, Montgomery, AL 36130
                                                Address, City, State Zip Code

                                                334-353-3885
                                                Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

**CERTIFICATE OF SERVICE**

I, Albert S. Butler , do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. MAIL, CM/ECF  (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 16th  day of January, 2008, to:

Sidney James
AIS #224797
Red Eagle Honor Farm
1290 Red Eagle Road
Montgomery, AL 36110

| 1/16/2008 | /s/Albert S. Butler |
|---|---|
| Date | Signature |