IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SIDNEY JAMES CLAYTON,** **AIS #224797,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) )   CASE NO. 2:05-cv-1216-WKW |
| **WARDEN J. C. GILES,** *et al.*, | ) ) ) |
| **Defendants.** | ) |

## ORDER

On May 21, 2008, the Magistrate Judge filed a Recommendation (Doc. # 18) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 18) is ADOPTED;

2. Defendants' Motion for Summary Judgment (Doc. # 8) is GRANTED;

3. This case is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 11th day of June, 2008.

　　　　　　　　　　　　　　　　　　／s／　W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE