IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SIDNEY JAMES CLAYTON,** )<br>**AIS #224797,** )<br>)<br>　　**Plaintiff,** )<br>)<br>　　v. )<br>)<br>**WARDEN J. C. GILES,** *et al.*, )<br>)<br>　　**Defendants.** ) | CASE NO. 2:05-cv-1216-WKW |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is

ORDERED, ADJUDGED and DECREED that:

1.　Judgement is entered in favor of the defendant and against plaintiff;

2.　This action is DISMISSED with prejudice; and

3.　Costs are taxed against the plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 11th day of June, 2008.

　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE